MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00147-JAM |
|---|---|
| Plaintiff, | **ORDER DISMISSING PETITION** |
| v. | DATE: |
| EUGENE WILLIAMS, | TIME:<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the probation violation petition (ECF No. 2) is **DISMISSED** against the above-captioned defendant. The pending arrest warrant is **RECALLED**.

Dated: March 07, 2025         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE